UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
HISAMI ABE, *on behalf of herself and others similarly  :
situated*,                                              :
                                                        :
                            Plaintiff,    :    20-CV-9725 (JPC)
                                                        :
                -v-                       :    ORDER
                                                        :
UEZU CORPORATION et al.,                                :
                                                        :
                           Defendants.   :
                                                        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On February 10, 2021, the Court scheduled an Initial Pretrial Conference ("IPTC") for April 6, 2021 at 2:00 p.m. Dkt. 16. The Court further ordered the parties to submit, no later than seven days prior to the IPTC, a proposed case management plan and joint letter regarding certain topics to be discussed at the IPTC. *Id.* The parties have not submitted their proposed case management plan or joint letter. Accordingly, it is hereby ordered that the parties shall submit their proposed case management plan and joint letter by end of day, April 5, 2021.

      SO ORDERED.

Dated: April 5, 2021
       New York, New York
                                                          JOHN P. CRONAN
                                                  United States District Judge