```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
HISAMI ABE, on behalf of herself and others similarly            :
situated,                                                        :
                                                                 :
                                                                 :
                        Plaintiff,                               :      20-CV-9725 (JPC)
                                                                 :
         -v-                                                     :      ORDER
                                                                 :
UEZU CORPORATION et al.,                                         :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The July 6, 2021 conference is adjourned to July 13, 2021 at 12:00 p.m. The Court apologizes for any inconvenience. Briefing on the motion for conditional certification is stayed. The Court will set a briefing schedule, if necessary, at the July 13 conference.

SO ORDERED.

Dated: July 6, 2021
      New York, New York

                                          JOHN P. CRONAN
                                     United States District Judge