UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
HISAME ABE and MAROMI MARTINEZ,                                    :
                                                                   :
                                Plaintiffs,                                  :    20 Civ. 9725 (JPC)
                                                                   :
                    -v-                                              :    <u>PRETRIAL ORDER</u>
                                                                   :
UZEU CORPORATION *et al.*,                                         :
                                                                   :
                                Defendants.                                  :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Trial is scheduled to begin in this matter on October 10, 2023.  The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.  The Parties shall submit a joint status letter as to mediation and any settlement discussions by August 31, 2023.  The joint proposed pretrial order and all other required pretrial filings, including any motions *in limine*, shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases is due September 15, 2023.  Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by September 22, 2023.  The Parties shall submit thumb drives with electronic copies of all intended exhibits by October 8, 2023.  The parties shall appear for a final pretrial conference on October 4, 2023 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan States Courthouse, 500 Pearl Street, New York, NY 10007.  The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

       SO ORDERED.

Dated: April 4, 2023
       New York, New York
                                                                           JOHN P. CRONAN
                                                                           United States District Judge