```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
HISAMI ABE and MAROMI MARTINEZ,                                        :
                                                                       :
                            Plaintiffs,                                :
                                                                       :           20 Civ. 9725 (JPC)
              -v-                                                      :
                                                                       :                ORDER
UEZU CORPORATION et al.,                                               :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

        Due to a scheduling conflict, the trial start date of October 10, 2023, is adjourned to October 17, 2023.  In the event that counsel or any witnesses have conflicts with a trial at that time, the parties shall file a joint status letter by April 21, 2023 proposing a mutually acceptable trial date in 2024.

        SO ORDERED.

Dated: April 17, 2023
       New York, New York

                                                                       JOHN P. CRONAN
                                                         United States District Judge